**CHAMBERS PREPARED ORDER**

FILED & ENTERED

MAY 17 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:23-bk-12006-SY |
| JEREMY EPHRAIM MORRISSEY, | Chapter 7 |
| | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FILING A BANKRUPTCY CASE WHILE BARRED** |
| Debtor(s) | Hearing<br>Date: July 27, 2023<br>Time: 9:30 a.m.<br>Place: Courtroom 302 |

The above-captioned debtor filed a voluntary chapter 13 case on November 28, 2012, which was dismissed for failure to appear at the § 341(a) meeting of creditors on January 10, 2013. [2:12-bk-49337-VZ]. That case was dismissed with a bar under 11 U.S.C. § 349 prohibiting the debtor from filing any new bankruptcy petition unless the debtor files a motion with that court seeking permission for the new case. Id. at Doc. 18. As the debtor's counsel of record in that case, attorney Rabin J. Pournazarian received notice of the dismissal and the re-filing bar through the court's CM/ECF electronic mail system. Id. at Doc. 20. There is no evidence that the debtor has sought or been granted permission to file a new bankruptcy case from the court that entered the bar. Despite the debtor currently being barred from filing a bankruptcy petition, the same counsel filed the above-captioned chapter 7 case for the debtor before this court on May 12, 2023.

1     IT IS ORDERED that the debtor has until **July 21, 2023** to obtain an order granting permission to file the above-captioned bankruptcy case from the court that issued the re-filing bar and to file evidence of that order in this case.

    IT IS FURTHER ORDERED that the debtor and counsel shall personally appear on **July 27, 2023 at 9:30 a.m.** and show cause why this case should not be dismissed for violating the re-filing bar that was entered on January 10, 2013 in case no. 2:12-bk-49337-VZ.

###

Date: May 17, 2023

Scott H. Yun
United States Bankruptcy Judge